IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DONNA C. KING, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 4:07-CV-43 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 19, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 18th day of July, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE